UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO OSIEL VALENCIA BARRERA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALAMEDA COUNTY SHERIFFS OFFICE,<br><br>    Defendant. | Case No. 3:23-cv-04031-JSC<br><br>**ORDER TO SHOW CAUSE TO PLAINTIFF**<br><br>Re: Dkt. Nos. 10, 12 |

Plaintiff Valencia Barrera, who is representing himself, filed this civil rights action against Alameda County Sheriff's Office. On November 20, 2023, Defendant filed a motion to dismiss this action for failure to state a claim. (Dkt. No. 10.) To date, Mr. Barrera has not filed a response to the motion to dismiss and his deadline to do so was December 21, 2023. (Dkt. No. 12.) Mr. Barrera is ORDERED TO SHOW CAUSE as to why this action should not be dismissed for failure to prosecute. **Mr. Barrera shall file a written response to this order along with his response to the motion to dismiss by January 24, 2024. Failure to do so may result in the dismissal of this action for failure to prosecute.** *See* Fed. R. Civ. Pro. 41(b).

Mr. Barrera is reminded he may seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling 415-782-8982 or emailing fedpro@sfbar.org. At the Legal Help Center, he may speak with an attorney who may be able to provide free basic legal help but not representation.

**IT IS SO ORDERED.**

Dated: January 3, 2024

JACQUELINE SCOTT CORLEY
United States District Judge